# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SEVERALLY SUBSCRIBING TO CERTIFICATE NO. AMR-73525; *et al.* | * * * * | CIVIL ACTION NO.  2:22-cv-3874 c/w  2:22-cv-3876 |
| VERSUS | * * | JUDGE:  ELDON E. FALLON |
| BELMONT COMMONS L.L.C. D/B/A 925 COMMON AND BELMONT DELAWARE L.L.C | * * * | MAGISTRATE JUDGE: MICHAEL NORTH |

## ORDER

Considering the Joint Motion to Dismiss with Prejudice filed by all parties, R. Doc. 83;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims of all parties, including those set forth or which could have been set forth in the above-referenced consolidated proceedings, as set forth in the Joint Motion to Dismiss with Prejudice, be and are hereby **DISMISSED**, with prejudice, each party to bear their own respective costs.

New Orleans, Louisiana, this 16th day of October, 2025.

_____
THE HONORABLE ELDON E. FALLON